JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

BRYAN EDWARD KAYE,

Plaintiff,

v.

ALEXANDER KYLE SHAABAN et al.,

Defendants.

Case No. 8:25-cv-02766-SSS-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is **DISMISSED WITHOUT PREJUDICE**.

Date: October 13, 2026

SUNSHINE SUZANNE SYKES
United States District Judge